UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN C. THOMAS, | : |
| Plaintiff | : No. 4:CV-09-2320 |
| vs. | : (Complaint Filed 11/25/09) |
| | : (Judge Muir) |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : |
| Defendants | : |

## MEMORANDUM AND ORDER

August 19, 2010

Upon consideration plaintiff's motion for temporary restraining order, filed November 25, 2009, and plaintiff's motion to amend, filed December 21, 2009, to which no supporting briefs have been filed to date, **IT IS HEREBY ORDERED THAT** said motions, (Docs. 6, 9) are deemed withdrawn for failure to file a supporting brief. See M.D. Pa. Local Rule 7.5.

s/Malcolm Muir
MUIR
United States District Judge